IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM EARL DUNCAN,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0466

Opinion filed June 1, 2016.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

William Earl Duncan, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney General,
Tallahassee, for Respondent.

PER CURIAM.

     The petition alleging ineffective assistance of appellate counsel is denied on the

merits.

ROWE, KELSEY, and JAY, JJ., CONCUR.